■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LETRIZ, Appellant. [749 NYS2d 725] —Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered February 20, 2001, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him, as a second violent felony offender, to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). There is no basis for disturbing the jury's determinations concerning credibility. Defendant's justification defense was clearly refuted by the credible evidence, including testimony that, during a verbal altercation, defendant approached the victim, who posed no threat to defendant, and struck him twice over the head with a baseball bat.

Defendant's challenges to the court's justification charge are

unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the charge as a whole conveyed the correct legal standards and provided the jury with suitable guidance in applying the law to the evidence presented at trial (*see People v Goetz*, 68 NY2d 96; *see also People v Mickens*, 219 AD2d 543, *lv denied* 87 NY2d 904). Concur—Nardelli, J.P., Tom, Lerner, Marlow and Gonzalez, JJ.